**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
STEVE KIMES
LAURA KIMES
DEBTOR(S)                                                                CASE NO. 18-50507

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

The case was converted from one under Chapter 7 of the Bankruptcy Code.  Schedules I and J must be amended to show the debtor's projected disposable income for the chapter 13 case and to also show that the debtor can afford to make payments under the chapter 13 plan.

Beverly M. Burden, Chapter 13 Trustee

By:   /s/Donald B. Smith
      Donald B. Smith,
      Attorney for Trustee
      Ky. Bar ID:  89052
      P.O. Box 2204
      Lexington, KY 40588-2204
      (859) 233-1527
      notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian T. Canupp, Esq. on July 23, 2018.

Beverly M. Burden, Chapter 13 Trustee

By:   /s/Donald B. Smith
      Donald B. Smith,
      Attorney for Trustee